UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JACQUELINE B. DOTZAUER,,　　　　　　　　　　Case No. 6:13-cv-00829-HA

    Plaintiff,　　　　　　　　　　　　　　　　　JUDGMENT

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

HAGGERTY, District Judge:

    Pursuant to 42 U.S.C. § 405(g), the decision of the Acting Commissioner must be REVERSED AND REMANDED FOR AN AWARD OF BENEFITS.

    IT IS SO ORDERED.

    DATED this _10_ day of June, 2014.

                                       Ancer L. Haggerty
                                       United States District Judge

JUDGMENT - 1